**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **1ST**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Luis Alberto Camarotta** | JOINT DEBTOR: **Elba Cristina Moschini** | CASE NO.: **13-27123-LMI** |
| Last Four Digits of SS# **xxx-xx-3369** | Last Four Digits of SS# **xxx-xx-9516** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ **3,242.35**  for months  **1**  to  **60** ;
- B.  $ _____  for months  ____  to  ____ ;
- C.  $ _____  for months  ____  to  ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3,931.00**   TOTAL PAID $ **3,931.00**
Balance Due  $ **-NONE-**  payable $ _____ /month  (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date  $ _____
Address: _____   Arrears Payment  $ _____ /month  (Months _ to _)
Account No: _____   Regular Payment  $ _____ /month  (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **IndyMac Mortgage Services, a division of One West Bank, FSB POB 4045 Kalamazoo, MI 49009 Account:1010688628** | **3416-14 SW 22 Ter., Miami, FL 33145**  $148,008.00  $ | 5.25% | $2,810.08  $ | 1 To 60 | $168,604.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due  $ _____
_____   Payable  $ _____ /month  (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **108.03** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Angel Balboa & Maria C. Carrasco          **Residential Lease Agreement. Debtors are Landlords**

**Assumed Contracts and/or Leases**
John Lemoine                              **Residential Lease Contract. Debtors are Landlords**

**Assumed Contracts and/or Leases**
Patricia Torres & Luis E. Torres          **Residential Lease Contract. Debtors are Landlords**

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.

**Special Intentions:**
**IndyMac Mortgage Services, a division of One West Bank, Acct. #1010688628: Debtors will file Motion to Value. The debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Luis Alberto Camarotta | /s/ Elba Cristina Moschini |
|---|---|
| **Luis Alberto Camarotta** | **Elba Cristina Moschini** |
| Debtor | Joint Debtor |
| Date:  10/29/13 | Date:  10/29/13 |